**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **MELISSA LUNA** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | |
| | § | **CASE NO. 4:20-cv-00502** |
| **MEI GROUP D/B/A MEI AUTO** | § | |
| **GROUP, MEI AUTO FINANCE, INC.,** | § | |
| **MEI AUTO RENTAL, LP, MEI AUTO** | § | |
| **REPAIR, LLC, MEI AUTO SALES, LP** | § | |
| | § | |
| **Defendant.** | § | |

**DEFENDANT'S NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. Sections 1331, 1441(a), and 1446, Defendant MEI, Inc. ("Defendant" or "MEI") removes to this Court the action brought by Plaintiff Melissa Luna ("Plaintiff") in the Judicial District Court of Tarrant County, Texas.  In support, Defendant states as follows:

**I. BACKGROUND**

1.      On or about April 16, 2020, Plaintiff filed her Original Petition against Defendant in District Court in Tarrant County, Texas, Cause No. 141-316482-20 ("Original Petition").  In her Original Petition, Plaintiff alleges she was discriminated against based on her sex and was subjected to a sexually hostile workplace under Title VII.

2.      Defendant was served with the Petition on April 21, 2020 and now removes the case based on federal question jurisdiction.

3.      This Notice of Removal, together with all process, pleadings, and orders served on Defendant, or otherwise on file in the Lawsuit, are being filed in this Court within 30 days after the service of the Petition.  The removal is therefore timely under 28 U.S.C. § 1446(b).

4. Pursuant to Local Rule 81.1, an index of the documents filed in the State Court action, the State Court Docket Sheet, and copies of all documents filed in the State Court action, other than discovery, are attached hereto as *Exhibit A*. Defendant's Certificate of Interested Persons will be filed separately. A copy of this Notice of Removal is also being filed with the Clerk of the State Court in which the action was filed.

## II. GROUNDS FOR REMOVAL

In her Petition, Plaintiff has alleged sex discrimination in violation of federal law. Specifically, Plaintiff claims that MEI subjected her to a sexually hostile workplace and discriminated against her based on her sex in violation of 42 U.S.C. § 2000 e-2 (a). *See* Original Petition, ¶ 40, 46, 52, 56, 60. Plaintiff also alleges unlawful retaliation in violation of 42 U.S.C. § 2000 e-3 (a). See Original Petition, ¶ 63, 65. The Court has original jurisdiction of this civil action under 28 U.S.C. § 1331 and this action may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441, as Plaintiff brings claims under the laws of the United States.

## III. CONCLUSION

Removal of this action is proper under 28 U.S.C. § 1441(a) because it is a civil action brought in a state court. The District Courts of the United States have original jurisdiction under 28 U.S.C. § 1331 because Plaintiff's suit involves questions of federal law.

WHEREFORE, Defendant gives notice that the action *Melissa Luna v. MEI Group, Inc. et al* pending in the District Court of Tarrant County, Texas is removed to this Court.

**DEFENDANT'S NOTICE OF REMOVAL – Page 2**

Respectfully submitted,

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

/s/ *Eva W. Turner*

Eva W. Turner
Texas Bar No. 24051485
eva.turner@ogletreedeakins.com
Renee Harris
Texas Bar No. 24047568
renee.harris@ogletreedeakins.com
Preston Commons West
8117 Preston Road, Suite 500
Dallas, TX  75225
Telephone: (214) 987-3800
Fax: (214) 987-3927

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing was forwarded to counsel for Plaintiff on May 18, 2020, via ECF filing to the following ECF registrant:

MATTHEW R. SCOTT
SCOTT|PEREZ LLP
900 Jackson Street, Suite 550
Dallas, Texas, 75202
matt.scott@scottperezlaw.com

/s *Renee L. Harris*

Renee L. Harris

42846517.1

**DEFENDANT'S NOTICE OF REMOVAL – Page 3**